AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF     COLORADO

UNITED STATES OF AMERICA
V.

ROSS AMADOR ARAGON

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 06-MJ-00146-DLW

CHARGING DISTRICTS
CASE NUMBER: CR-06-1337

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of __NEW MEXICO__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __N/A__
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 333 Lomas Blvd, NW Albuquerque, New Mex 87102 on 8/17/06 @ 9:00 AM.
*Date and Time*

*Signature of Judge*

August 3, 2006
*Date*

David L. West, U. S. Magistrate Judge
*Name and Title of Judge*